COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-285-CV

IN RE LARRY R. TAYLOR RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.  Any delay on the part of the trial court in ruling on relator’s motions is not unreasonable at this time.

Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL A:  MCCOY, J.; CAYCE, C.J.; and DAUPHINOT, J.

DELIVERED:  August 24, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.